No. 99–548.  FALBAUM ET AL. *v.* LESLIE FAY COS., INC.  C. A. 2d Cir.  Certiorari denied.

No. 99–558.  READING & BATES CORP. ET AL. *v.* STIER; and No. 99–770.  STIER *v.* READING & BATES CORP. ET AL.  Sup. Ct. Tex.  Certiorari denied.  Reported below: 992 S. W. 2d 423.

No. 99–560.  WITTER ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 99–571.  JOHNSON ET AL. *v.* NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL–CIO.  C. A. 9th Cir.  Certiorari denied.

No. 99–576.  L. A. DEVELOPMENT *v.* CITY OF SHERWOOD.  Ct. App. Ore.  Certiorari denied.

No. 99–597.  MINNESOTA DEPARTMENT OF REVENUE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–607.  GOODMAN *v.* TEMPLE SHIR AMI, INC., ET AL. Sup. Ct. Fla.  Certiorari denied.

No. 99–642.  OREGON LABORERS-EMPLOYERS HEALTH AND WELFARE FUND ET AL. *v.* PHILIP MORRIS, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–651.  FIORIGLIO *v.* CITY OF ATLANTIC CITY ET AL. C. A. 3d Cir.  Certiorari denied.

No. 99–653.  LORAL FAIRCHILD CORP. *v.* SONY CORP. ET AL. C. A. Fed. Cir.  Certiorari denied.

No. 99–662.  SHOEN ET AL. *v.* SHOEN ET AL.  C. A. 9th Cir. Certiorari denied.

No. 99–663.  PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION *v.* NIGRO, TRUSTEE, ESTATE OF TRI-STATE CLINICAL LABORATORIES, INC.  C. A. 3d Cir.  Certiorari denied.

No. 99–666.  LRC ELECTRONICS, INC. *v.* JOHN MEZZALINGUA ASSOCIATES, INC.  C. A. Fed. Cir.  Certiorari denied.